# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>Plaintiff,<br><br>vs.<br><br>GUS CAFCALAS, et al.,<br><br>Defendants. | CASE NO. 2:16-cv-03167-JAK (PJWx)<br><br>**PARTIAL JUDGMENT**<br><br>JS-6: Gus Cafcalas (aka Constantine Cafcalas); Sarah Grossman; Sal Si Puedes De Esta, SA De CV; and Maz Call, SA De CV Only |

1

The Motion for Default Judgment filed by Plaintiff Lehman Brothers Holdings Inc. ("Plaintiff") against Defendants Gus Cafcalas (aka Constantine Cafcalas) ("Cafcalas"), Sarah Grossman ("Grossman"), Sal Si Puedes De Esta, SA de CV ("SSP"), and Maz Call, SA de CV ("Maz Call") (collectively "Defendants") having been granted, pursuant to Fed. R. Civ. P. 54(b), it is hereby ordered:

(1) Judgment is hereby entered in favor of Plaintiff and against the following defendants in the following amounts:

    a. Against Cafcalas in the amount of **$866,416.92**;

    b. Against Grossman in the amount of **$439,909**;

    c. Against SSP in the amount of **$263,453**; and

    d. Against Maz Call in the amount of **$176,456**.

(2) Interest shall accrue on said amounts at the legal rate of post judgment interest as set forth at 28 U.S.C. Section 1961 from February 27, 2018, until the total amount owed to Plaintiff by defendants is paid.

(3) Any payment made or collected with respect to this judgment shall be applied exclusively to the satisfaction of any then-remaining balance of that judgment entered on January 23, 2018, Doc. 423 in Case No. 2:10-CV-07207-JAK-PJW in favor of Plaintiff and against PMC Bancorp f/k/a Professional Mortgage Corp. ("PMC Judgment").

(4) Any amounts that are paid or collected under the PMC Judgment shall be allocated among, and credited against, the amounts due from each of the four debtors (Cafcalcas, Grossman, SSP, and/or Maz Call) based on the source of the payment. Thus, if the source of the payment or collection is the sale of one of the Properties (as referenced in the Complaint filed on May 9, 2016, Doc. 1), the amount of that payment or collection shall be credited to the obligation of the

///

///

above-referenced defendant who is a debtor as to this judgment based on the fraudulent transfer of that specific property.

IT IS SO ORDERED.

Dated: March 5, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE