# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>Plaintiff,<br><br>vs.<br><br>GUS CAFCALAS (aka Constantine Cafcalas), SARAH GROSSMAN, YOO JOO LEE, HELEN CHOI, SAL SI PUEDES DE ESTA, SA DE CV, and MAZ CALL, SA DE CV<br><br>Defendants, | Case No. CV16-03167 JAK (PJWx)<br><br>**ORDER RE STIPULATION TO STAY LITIGATION AND ADMINISTRATIVELY CLOSE CASE**<br><br>**JS-6: Stayed / Inactive Calendar** |

Based on a review of the "Stipulation to Stay Litigation and to Administratively Close Case," entered by Lehman Brothers Holdings Inc. ("Plaintiff") and Defendants Yoo Joo Lee and Helen Choi ("Defendants") (Dkt. 92 (the "Stipulation")), and certain good cause appearing, it is hereby ordered that:

1.   The Stipulation is **GRANTED**, and the order proposed through the Stipulation is entered as modified by this Order.

2.   This matter is stayed pending the resolution of the adversary proceeding pending before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Action") that is described in the Stipulation. While the stay is in place, on the earlier of every 45 days or within 10 days of such a resolution, the

1

1 | parties shall file a joint report regarding the status of the Bankruptcy Action and any
2 | other matter(s) that would affect the stay in this action. The first report shall be filed
3 | no later than August 24, 2018.
4 |     3.    This matter is placed on the Court's inactive calendar and is
5 | administratively closed.
6 |     4.    Because the matter is stayed pending resolution of the adversary
7 | proceeding in the Bankruptcy Action, Plaintiff's Motion for Leave to Amend
8 | Complaint (Dkt. 82) is **MOOT**. This determination is without prejudice to Plaintiff's
9 | ability to seek to renew its motion, and to seek leave to file an amended complaint, if
10 | the stay of this action is lifted.
11 | **IT IS SO ORDERED.**

13 | Dated:  July 10, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2